DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAMELA GIVANS-DENSON**,
Appellant,

v.

**FORD MOTOR CREDIT COMPANY, LLC**,
a foreign limited liability company,
Appellee.

No. 4D17-101

[February 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit; Broward County; Michael L. Gates and Thomas M. Lynch, IV, Judges; L.T. Case No. 15-018987 CACE 05.

Catherine A. Riggins, Miami, for appellant.

Thomas A. Valdez and Karen M. Shimonsky of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***